UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILE

05 APR 25 AM 11: 15

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| SEAN ANTHONY NEWBERG, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| SHELBY COUNTY, et al., | CASE NO: 05-2008-B |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on April 21, 2005, this cause is hereby dismissed.

APPROVED:

J. DANIEL BREEN
UNITED STATES DISTRICT COURT

4/25/05
Date

ROBERT R. DI TROLIO

Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02008 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

Sean Newberg
SHELBY COUNTY JAIL
5107454
201 Poplar Avenue
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT